# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| QUITMAN CLARK III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV405-144 |
| ) | |
| DARRELL HART, WARDEN, and ) | |
| THURBERT E. BAKER, ATTORNEY ) | |
| GENERAL, ) | |
| ) | |
| Respondents. ) | |

## REPORT AND RECOMMENDATION

Respondent Thurbert E. Baker has filed a motion to dismiss, stating that he is an improper party to this suit. Doc. 10. Petitioner has not responded to this motion.

Petitioner, an inmate at Lowndes State Prison in Valdosta, Georgia, is seeking habeas corpus relief under 28 U.S.C. § 2254. Respondent Thurbert E. Baker is the current Attorney General for the state of Georgia. The Court recommends that the motion to dismiss respondent Thurbert Baker as an improper party (doc. 10) be GRANTED. Mr. Baker is not petitioner's "custodian," and is therefore not a proper respondent in this

action. See 28 U.S.C. §§ 2242, 2243; Rule 2(a) of the Rules Governing § 2254 Cases.

**SO REPORTED AND RECOMMENDED** this 29TH day of **March, 2006.**

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA