UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 APR 20  AM 11: 53

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| QUITMAN CLARK III, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV405-144 |
| DARRELL HART, WARDEN, and THURBERT E. BAKER, ATTORNEY GENERAL, | ) |
| Respondents. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 20 day of April, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA